FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
ELIZABETH ANNE HANSON, ESQ.
Nevada Bar No. 16249
300 S. Fourth Street, Suite 1500
Las Vegas, Nevada 89101
Telephone:  (702) 252-3131
E-Mail Address:  smahoney@fisherphillips.com
E-Mail Address:  ehanson@fisherphillips.com

*Attorneys for Defendant,*
*Diversified Restaurant Group RSC, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARVELL PAMILTON, an individual,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>SILVER STATE BELL, LLC, a Domestic Limited Liability Company; TACO BELL #31907; DIVERSIFIED RESTAUANT GROUP RC, LLC, a Domestic Limited Liability Company,<br><br>　　　　　　Defendants. | Case No.: 2:23-cv-00230-JCM-NJK<br><br>**ORDER TO EXTEND TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that Defendant will have a three-week extension of time, up to and including, March 31, 2023, to file its answer or otherwise respond to Plaintiff's Complaint and Demand for Jury Trial (ECF No. 1.)  Defendant recently retained counsel and need additional time to evaluate and respond to the specific factual allegations in this matter.

/ / /

/ / /

/ / /

/ / /

/ / /

1

FP 46541334.1

1  Accordingly, this stipulation is sought in good faith. This is the first request for an extension of this deadline.

Dated this 8th day of March, 2023.

| FISHER & PHILLIPS, LLP | HATFIELD & ASSOCIATES, LTD. |
|---|---|
| By: */s/ Elizabeth Anne Hanson, Esq.*<br>Scott M. Mahoney, Esq.<br>Elizabeth Anne Hanson, Esq.<br>300 S. Fourth Street, Suite 1500<br>Las Vegas, Nevada 89101<br>*Attorneys for Defendant,*<br>*Diversified Restaurant Group RSC* | By: */s/ Trevor J. Hatfield, Esq.*<br>Trevor J. Hatfield, Esq.<br>703 S. Eighth Street<br>Las Vegas, Nevada 89101<br>*Attorneys for Plaintiff,*<br>*Marvell Pamilton* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

March 9, 2023
DATE

FP 46541334.1